UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GREGORY HARVEY,

                       Plaintiff,

                                                                                 No. 09-CV-598
            v.                                                  (FJS/DRH)

DONALD SAWYER, Executive Director, Central
New York Psychiatric Center; SHADIA HANNA,
Medical Doctor - Psychiatry, Central New York
Psychiatric Center; MINHAJ SIDDIQI, Medical
Doctor - Psychiatry, Central New York Psychiatric
Center; CHERYL MEYERS, Nurse Practitioner -
Psychiatry, Central New York Psychiatric Center;
JIM BARTON, Ward Coordinator, Central New York
Psychiatric Center; GAIL GOODWIN, Psychiatric
Therapist, Central New York Psychiatric Center;
DR. BROWN, Medical Doctor - Psychiatry,
Central New York Psychiatric Center;
SEVERAL OTHER MEDICAL DOCTORS,
Medical Doctors - Psychiatry, Central New York
Psychiatric Center; BRAD DAVIS,
Senior Therapy Assistant, Central New York
Psychiatric Center; and KEN, Senior Therapy
Assistant, Central New York Psychiatric Center;

                       Defendants.
_____

APPEARANCES:                                    OF COUNSEL:

GREGORY HARVEY
Plaintiff *pro se*, 07-A-3479
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York  10562

HON. ANDREW M. CUOMO               ROGER W. KINSEY, AAG
Attorney General of the State of New York
Attorney for Defendants
The Capitol
Albany, New York  12224-0341

FREDERICK J. SCULLIN, JR., S.J.:

### ORDER

Currently before the Court is Magistrate Judge David R. Homer's Report-Recommendation and Order filed July 22, 2010, to which the parties have filed no objections. Accordingly, having reviewed that Report-Recommendation and Order and the entire file in this matter, the Court hereby

**ORDERS** that Magistrate Judge Homer's July 22, 2010 Report-Recommendation and Order is **ACCEPTED IN ITS ENTIRETY** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion to dismiss is **GRANTED** and the complaint is **DIS`MISSED WITH PREJUDICE** as to all claims against all Defendants except Defendants Dr. Brown and "Several Other Medical Doctors"**;** and the Court further

**ORDERS** that the complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure as to Defendants Dr. Brown and "Several Other Medical Doctors"; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

 IT IS SO ORDERED.

DATED: August 20, 2010
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge